# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JASON S. SUNDSTROM,<br>*Plaintiff*<br>v.<br>MEGAN J. BRENNAN, in her official capacity as Postmaster General of the United States, UNITED STATES POSTAL SERVICE, agency<br>*Defendant* | Civil Action No. 2:15-CV-0195-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss (ECF No. 14) is GRANTED.
Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a motion for summary judgment.

Date: February 16, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen